UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NICHOLAS BABICE,

    Plaintiff,

vs.

BUILDING AIR SERVICES, INC.,
a Florida Corporation,

    Defendant.
_____/

## COMPLAINT FOR DAMAGES

Plaintiff, NICHOLAS BABICE, sues Defendant, BUILDING AIR SERVICES, INC., and alleges:

1. This is an action by NICHOLAS BABICE against his former employer for violation of the Florida Whistleblower Act pursuant to Florida Statutes Chapter 448 and Florida common law. Plaintiff seeks damages in excess of $75,000.00.

2. Venue is proper in the Middle District of Florida, as the claim arose in Pinellas County, Florida, and that is where the Defendant's place of business can be found.

3. Plaintiff brings his complaint under federal diversity jurisdiction, 28 U.S.C. 1332, as the parties are completely diverse in citizenship and the amount in controversy exceeds $75,000.00.

### Parties and General Allegations

4. Plaintiff, NICHOLAS BABICE (hereinafter, "BABICE" or "Plaintiff"), a resident of Monmouth County, New Jersey, was, at all times material, employed by Defendant as National Operations Director and was an employee as defined by Chapter 448.

1

5. Defendant, BUILDING AIR SERVICES, INC. (hereinafter, "BUILDING AIR SERVICES" or "Defendant"), is a Florida corporation doing business in Pinellas County, Florida, and is an employer as defined Florida Statutes Chapter 448, which has employees subject to the provisions of Florida Statutes Chapter 448.

6. On or about June 6, 2016, Plaintiff began his employment with Defendant as the National Operations Director. It was the parties' agreement that Plaintiff was to receive a base salary of $3,846.15 bi-weekly in exchange for Plaintiff's services.

7. BUILDING AIR SERVICES is a corporation providing heating and air conditioning services.

8. During the course of Plaintiff's employment, Plaintiff discovered that managers in the employ of Defendant were fraudulently billing clients. Specifically, managers were billing clients for extra labor time that was not actually performed, and for extra parts that were not actually used.

9. On or about September 13, 2016, Plaintiff expressed his concerns over the fraudulent billing on a weekly telephone conference to the owners and vice president of Defendant. Shortly thereafter, on September 14, 2016, Plaintiff was terminated.

### Count I – Violation of Florida Statutes § 448.102(3) (Whistleblower Act) by BUILDING AIR SERVICES – Retaliation

10. Plaintiff, NICHOLAS BABICE, realleges, as if fully set forth in Count I, the allegations of Paragraphs 1 through 9 above.

11. Shortly after Plaintiff complained of the improper and fraudulent billing practices by managers employed by Defendant, Defendant terminated Plaintiff's employment.

12. BABICE's termination by BUILDING AIR SERVICES amounted to a "retaliatory personnel action," pursuant to Florida Statutes § 448.101(5).

13. BABICE is entitled pursuant to Florida Statutes §§ 448.102(3); 448.103; and 448.104 to recover from Defendant BUILDING AIR SERVICES:

      a.    lost wages, benefits, and other remuneration;

      b.    any other compensatory damages allowable at law;

      c.    the costs of this action, and;

      d.    a reasonable attorney's fee.

WHEREFORE, BABICE prays that this Honorable Court:

      a.    enter judgment for BABICE against Defendant BUILDING AIR SERVICES on the basis of Defendant's willful violations of Florida Statutes § 448.102(3);

      b.    award BABICE actual and compensatory damages in the amount shown to be due for lost wages;

      c.    award BABICE reasonable attorneys' fees and costs of suit; and

      d.    grant such other and further relief as this Court deems equitable and just.

### Jury Demand

Plaintiff demands trial on all issues so triable.

Dated: **August 30, 2018**
Plantation, Florida

                        Respectfully submitted,

                        *s/Robert S. Norell*
                        Robert S. Norell, Esq.
                        Fla. Bar No. 996777
                        E-Mail: rob@floridawagelaw.com
                        **ROBERT S. NORELL, P.A.**
                        300 N.W. 70th Avenue
                        Suite 305
                        Plantation, Florida 33317
                        Telephone: (954) 617-6017
                        Facsimile: (954) 617-6018
                        *Counsel for NICHOLAS BABICE*